THE STATE OF OHIO, APPELLANT, *v.* WETHERALL, APPELLEE.

[Cite as *State v. Wetherall* (2002), 94 Ohio St.3d 33.]

(No. 01–1427—Submitted November 28, 2001—Decided January 9, 2002.)

The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for consideration of *State v. Barnes* (2002), 94 Ohio St.3d 21, 759 N.E.2d 1240, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *James Michael Keeling,* Assistant Prosecuting Attorney, for appellant.